**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Harold Dewey Register, Jr.
Attorney at Law
216 Rue Louis XIV
Lafayette LA 70508

**REHEARING ACTION: April 13, 2016**

**Docket Number: 15   01051-CA**

**EUGENE J. SONNIER, II**
**VERSUS**
**THE CATHOLIC FOUNDATION OF THE DIOCESE OF LAFAYETTE, ET AL.**

**Appealed from Lafayette Parish Case No. C-20146291**

**BEFORE JUDGES:**

Hon. Marc T. Amy
Hon. Phyllis M. Keaty
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eugene J. Sonnier, II** has this day been

**DENIED.**

cc: Troy Allen Broussard, Counsel for the Appellee
    D. Reardon Stanford, Counsel for the Appellee